UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-80 |
| VERSUS | SECTION "I" |
| JOHN DIGGS | VIOLATION: 18 U.S.C. 371 |

## NOTICE OF RESTITUTION HEARING

Take Notice that this criminal case has been set for **RESTITUTION HEARING** on **APRIL 5, 2023** at **2:00 P.M.**, before U.S. District Judge Lance M. Africk, 500 Poydras Street, Courtroom C427, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: February 15, 2023                               CAROL MICHEL, CLERK

TO:                                                                    Issued by: Bridget Gregory, Deputy Clerk

John Diggs     **(BOND)**                             AUSA: Brian M. Klebba, Maria M. Carboni,
                                                                              Brandon Long, Edward J. Rivera

**Counsel for John Diggs:**
Catherine Irvin Chavarri                               U.S. Marshal
400 Poydras Street, Suite 1990                   U.S. Probation Office
New Orleans, LA 70130                              U.S. Probation Office - Pretrial Services Unit
Email: chavarrijd@smclattorneys.com

                                                                       **JUDGE**

**If you change address,**                          **MAGISTRATE**
**notify clerk of court**
**by phone, 589-7752**                               COURT REPORTER COORDINATOR
                                                                       INTERPRETER: **NONE**