UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 20-80 |
| JOHN DIGGS | SECTION I |

### ORDER

Considering the government's unopposed motion[1] to continue the restitution hearing in the above-captioned matter,

**IT IS ORDERED** that the motion is **GRANTED** and that the restitution hearing for the above-captioned defendant is **CONTINUED** to **MAY 31, 2023, at 2:00 P.M.**

New Orleans, Louisiana, April 3, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 594.