UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.  20-80 |
| VERSUS | SECTION "I" |
| JOHN DIGGS | VIOLATION: 18 U.S.C. 371 |

### <u>RE-NOTICE OF RESTITUTION HEARING</u>

Take Notice that this criminal case has been set for **RESTITUTION HEARING** on **MAY 31, 2023** at **2:00 P.M.**, before U.S. District Judge Lance M. Africk, 500 Poydras Street, Courtroom C427, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:   April 3, 2023

TO:

John Diggs        **(BOND)**

**Counsel for John Diggs:**
Catherine Irvin Chavarri
400 Poydras Street, Suite 1990
New Orleans, LA 70130
Email: chavarrijd@smclattorneys.com

**If you change address,
notify clerk of court
by phone, 589-7752**

CAROL MICHEL, CLERK

Issued by:  Bridget Gregory, Deputy Clerk

AUSA: Brian M. Klebba, Maria M. Carboni,
           Brandon Long, Edward J. Rivera

U.S. Marshal
U.S. Probation Office
U.S. Probation Office - Pretrial Services Unit

**JUDGE**

**MAGISTRATE**

COURT REPORTER COORDINATOR
INTERPRETER:  **NONE**